IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUSAN DANAHER, individual, | CV 15–114–M–DLC |
| Plaintiff, | (Consolidated with Case No. CV 16-88-M-DLC) |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, a subsidiary of U.S. BANCORP, a/k/a U.S. BANK HOME MORTGAGE, and JOHN DOES I-X, | ORDER |
| Defendants. | |

FILED
SEP 21 2017
Clerk, U.S. District Of Montana
Missoula Division

Pursuant to the Stipulation for Withdrawal of Counsel filed herein (Doc. 77), and good cause appearing,

IT IS ORDERED that attorney Samantha Travis, of Ogle, Worm & Travis, PLLP is granted withdrawal as attorney of record for said Plaintiff in the above captioned action.

Dated this 21st day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court