IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| SUSAN DANAHER, individual, | CV 15–114–M–DLC |
| Plaintiff, | (Consolidated with Case No. CV 16-88-M-DLC) |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, a subsidiary of U.S. BANCORP, a/k/a U.S. BANK HOME MORTGAGE, and JOHN DOES I-X, | ORDER |
| Defendants. | |

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 83),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for January 22, 2018, is VACATED.

Dated this 1st day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court